No. 367. VICTOR RAYMOND HAMMAER *v.* UNITED STATES. Error to the District Court of the United States for the District of Oregon. Submitted April 9, 1923. Decided April 16, 1923. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Zucht* v. *King,* 260 U. S. 174. *Mr. Will R. King* and *Mr. Paul Dormitzer* for

plaintiff in error. *Mr. Solicitor General Beck, Mr. Assistant Attorney General Crim* and *Mr. Clifford H. Byrnes* for the United States.